STATE v. WHITE

No. 211P99

Case below: 133 N.C.App. 193

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 24 June 1999. Petition by defendant for writ of certiorari to review the order of the North Carolina Court of Appeals denied 24 June 1999.

STATE EX REL. EASLEY v. PURVIS FARMS

No. 194PA99

Case below: 132 N.C.App. 825

Petition by plaintiffs for writ of supersedeas allowed 20 May 1999. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 20 May 1999.

STATE FARM LIFE INS. CO. v. ALLISON

No. 13P98

Case below: 128 N.C.App. 74

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 February 1999.

TALLEY v. TALLEY

No. 226P99

Case below: 133 N.C.App. 87

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999.

WELLS v. WELLS

No. 164P99

Case below: 132 N.C.App. 401

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999. Justice Martin recused.